Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*
-----------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation         1:06-md-01789 (JFK)

-----------------------------------------------------x
*This Document Relates to:*                   **NOTICE OF APPEARANCE**

*Sylvia Potts v. Merck & Co., Inc.*
1:08-cv-06476-JFK
-----------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above-referenced cause of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: July 29, 2008
       New York, New York           Respectfully submitted,


                                       /s/
                            David J. Heubeck

                            VENABLE LLP
                            750 E. Pratt Street
                            Suite 900
                            Baltimore, MD  21202
                            (410) 244-7400
                            Fax: (410) 244-7742
                            djheubeck@venable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

                                    /s/
                          David J. Heubeck

                          VENABLE LLP
                          750 E. Pratt Street
                          Suite 900
                          Baltimore, MD  21202
                          (410) 244-7400
                          Fax: (410) 244-7742
                          djheubeck@venable.com