Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

Paul F. Strain
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

-----------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation                1:06-md-01789 (JFK)

-----------------------------------------------------x
*This Document Relates to:*                          **NOTICE OF APPEARANCE**

*Sylvia Potts v. Merck & Co., Inc.*
1:08-cv-06476-JFK
-----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above-referenced cause of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: July 29, 2008
       New York, New York       Respectfully submitted,


                                                          /s/
                              Paul F. Strain

                              VENABLE LLP
                              750 E. Pratt Street
                              Suite 900
                              Baltimore, MD  21202
                              (410) 244-7400
                              Fax: (410) 244-7742
                              pfstrain@venable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

                                                /s/
                                   Paul F. Strain

                                 VENABLE LLP
                                 750 E. Pratt Street
                                 Suite 900
                                 Baltimore, MD  21202
                                 (410) 244-7400
                                 Fax: (410) 244-7742
                                 pfstrain@venable.com